PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHELA HUTH, | ) |
| | ) CASE NO. 5:23-CV-557 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| SECRETARY OF THE UNITED | ) |
| STATES DEPARTMENT OF | ) |
| AGRICULTURE, *et al.*, | ) |
| | ) **JUDGMENT ENTRY** |
| Defendant. | ) |

The Court hereby dismisses the Amended Complaint (ECF No. 3) for the reasons given in the contemporaneously filed Order.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

October 6, 2023　　　　　　　　　　　　　　*/s/ Benita Y. Pearson*
Date　　　　　　　　　　　　　　　　　　　Benita Y. Pearson
　　　　　　　　　　　　　　　　　　　　　United States District Judge